BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:96-CR-475 KJM/EFB P |
|---|---|
| Respondent, | GOVERNMENT'S MOTION AND [PROPOSED ORDER] FOR EXTENSION OF TIME TO RESPOND TO THE DEFENDANT'S § 2255 PETITION |
| v. | |
| ALLEN RAY JORDAN, | |
| Movant. | |

The United States of America, through its attorneys of record, Benjamin B. Wagner, United States Attorney, and William S. Wong, Assistant U.S. Attorney, hereby submits this request for an extension of time to file the Government's supplemental opposition.

For the reasons set forth in Assistant U.S. Attorney William S. Wong's attached Declaration, the government requests an extension of time to file its opposition to October 24, 2014.

Defendant Jordan's conviction and sentence has been affirmed by the Court of Appeals and he is now serving a 360 month sentence.

The granting of the government's extension will not serve to prejudice the defendant.

Dated: July 22, 2014                        BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ WILLIAM S. WONG
                                                WILLIAM S. WONG
                                                Assistant United States Attorney

1

## DECLARATION OF WILLIAM S. WONG

I, William S. Wong, hereby declare as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California and was the counsel assigned to prosecute the case of United States v. Allen Ray Jordan, 2: 96-CR- 475 KJM-EFB P

2. Defendant Jordan was convicted by jury verdict after a three week-long trial in 1992 of conspiracy to traffic in methamphetamine. The Honorable Oliver W. Wanger sentenced the defendant to a term of imprisonment of 360 months in custody. The defendant appealed his convictions and sentence to the Ninth Circuit which affirmed his convictions and sentence.

3. In light of the fact that this case has been archived and review must be made once the material is obtained, I am requesting sufficient time to complete my research and to write the Government's opposition.

5. I will be on annual leave this summer for approximately 30 days. Furthermore, I am currently writing the Government's response brief in United States v. Luong, et al, C.A. No. 10–10100, 10-10116, 10-10126, and 11-10097 which have been consolidated.

6. The defendant is currently serving a 360 month sentence and will not be prejudiced by the government's request for an extension of time to October 24, 2014. No previous extensions have been granted.

This I say under the penalty of perjury, and to the best of my knowledge. Executed this 22nd day of July, 2014, in Sacramento, California.

/s/ William S. Wong
WILLIAM S. WONG

O R D E R

The Government's Opposition is now due on October 24, 2014.

IT IS SO ORDERED

DATED: July 24, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2