UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALLEN JORDAN,<br><br>        Defendant. | No. 2:96-cr-00475-GEB<br><br>**ORDER REQUIRING THE PARTIES TO PROPOSE A BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE FILED UNDER 18 U.S.C. § 3582(c)(2)** |

        The parties shall propose a briefing schedule on defendant's motion for reduction of his sentence under 18 U.S.C. § 3582(c)(2) no later than 10 days after the date on which this order is filed.

Dated: November 28, 2016

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge

1