| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LEXI NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700 |
| | Lexi_Negin@fd.org |

Attorney for Movant
ALLEN RAY JORDAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:96-cr-475 GEB |
|---|---|
| Respondent, | ) STIPULATED BRIEFING SCHEDULE AND |
| vs. | ) PROPOSED ORDER |
| ALLEN RAY JORDAN, | ) Judge: Hon. Garland E. Burrell, Jr. |
| Movant. | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States, through Jaon Hitt, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Lexi P. Negin, attorney for Allen Ray Jordan, hereby stipulate and agree that the briefing schedule be set as follows:

Government Opposition due:  January 6, 2017

Defense Reply due:  January 20, 2017

[Rest of Page Left Blank Intentionally]

Dated: December 5, 2016

Respectfully,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lexi Negin*
LEXI NEGIN
Assistant Federal Defender
Attorney for Movant Allen Ray Jordan

DATED: December 5, 2016

PHILLIP A. TALBERT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulated Briefing Schedule

**ORDER**

The Court orders that the proposed briefing schedule is adopted.

Dated: December 6, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge