UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:96-cr-475-GEB-EFB-P |
| Respondent, | |
| v. | ORDER |
| ALLEN RAY JORDAN, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 13, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 13, 2016, are adopted in full;

---

[1] Although it appears from the file that movant's copy of the findings and recommendations was returned, he was properly served. It is a party's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

2. Movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 397) is denied; and

3. The Clerk of the Court is directed to close the companion civil case, No. 2:14-cv-1280-GEB-EFB.

4. The court declines to issue a certificate of appealability.

Dated: January 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge